USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/2/08_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

CARLOS POLANCO,

                      Plaintiff,

       -against-

CHASE SADELL HOLDING CORP.,

                    Defendant.
------------------------------------------------------------x

**ORDER OF REFERENCE TO**
**A MAGISTRATE JUDGE**

08 **CIVIL** 7248 (RMB) (MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**__X__** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*

_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All Such Motions: _____

_____

\*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       September 2, 2008



**RICHARD M. BERMAN, U.S.D.J.**